# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KARL JULIUS JAMES,

                    Petitioner,

                                       **Case No. 97-C-512**

      -vs-

GARY R. McCAUGHTRY,

                    Respondent.

## DECISION AND ORDER

A quick glance at the docket sheet reveals that the petitioner, Karl Julius James ("James"), filed *six* motions in the last six months, all in a vain attempt to either re-open this case or to disqualify the presiding judge. Now before the Court is another motion to re-open the case [compare Docket Nos. 31, 33, 35, and 40], along with a new motion to disqualify [compare Docket Nos. 37 and 39].

The Court's patience with James' repeated filings is nearing an end. As detailed in previous orders, the Court will not re-open this case, and James' arguments regarding disqualification are without merit.

If James thinks he can continue to inundate this Court with frivolous motions, he is mistaken. "Frivolous, vexatious and repeated filings by *pro se* litigants interfere with the orderly administration of justice by diverting scarce judicial resources from cases having merit." *United States ex rel. Verdone v. Circuit Court for Taylor County*, 73 F.3d 669, 671

(7th Cir. 1995).  James is  warned that the Court will not hesitate to impose sanctions if he

continues to file pleadings without any arguable basis in law or fact.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY

ORDERED THAT**:

1.      James' motions for disqualification and to re-open [Docket Nos. 39 and 40] are

**DENIED**; and

2.      James is warned that the Court will impose sanctions if he continues to file

pleadings without any arguable basis in law or fact.

Dated at Milwaukee, Wisconsin, this 31st day of July, 2007.

**SO ORDERED,**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**